```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


ANTHONY LACAYO, LILLY LACAYO,       )
                                    )    2:09-cv-02844-GEB-KJM
              Plaintiffs,           )
                                    )    RELATED CASE ORDER
         v.                         )
                                    )
DEUTSCHE BANK NATIONAL TRUST        )
COMPANY, OCWEN LOAN SERVICING,      )
CALIFORNIA RECONVEYANCE COMPANY,    )
DOES 1 to 1,000,                    )
              Defendants.           )
_____)
                                    )
ANTHONY LACAYO,                     )    2:09-cv-02845-JAM-EFB
                                    )
              Plaintiff,            )
                                    )
         v.                         )
                                    )
DEUTSCHE BANK NATIONAL TRUST        )
COMPANY, OCWEN LOAN SERVICING,      )
PAUL FINANCIAL, LLC, AEGIS          )
WHOLESALE CORPORATION, PREFERRED    )
FINANCIAL GROUP, FORECLOSURELINK,   )
INC, DOES 1 to 1,000,               )
                                    )
              Defendants.           )
_____)
```

Defendants Ocwen Loan Servicing LLC and Deutsche Bank National Trust Company[1] ("Defendants") contend the above actions are within the meaning of Local Rule 83-123(a), and should assigned to the same judges. Defendants argue "both actions . . . arise[]

---

[1] Defendant Deutsche Bank National Trust Company, as Trustee for the registered holders of Harborview Mortgage Loan Trust Mortgage PassThrough Certificates, Series 2007-7, argues it is "[e]rroneously sued herein as Deutsche Bank National Trust Company."

1

from the foreclosure of property located at 2533 Furmint Way Rancho[,] Cordova, California 95670." Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Since the actions appear related, action 2:09-cv-02845-JAM-EFB is reassigned to Judge Garland E. Burrell, Jr. and to Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in the reassigned case are vacated. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB KJM" instead of the other judges' initials.

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: November 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge